UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE R. LINDBERG,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | NO:  13-CV-0098-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion For Remand (ECF No. 19).  Based on the stipulation between the parties it is hereby **ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including but not limited to the following: (1) further evaluate the opinion evidence, in particular the opinion of Dr. Ludeke and provide the rationale for the weight given to such opinion evidence; (2) further evaluate the residual functional capacity and specify the evidence which supports the assessed

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

limitations; (3) further evaluate Plaintiff's impairments at step two, in particular whether her personality disorder is a severe impairment; and (4) if Plaintiff is found unable to perform her past relevant work, obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's ability to perform work-related activities at step five of the sequential evaluation process. Upon proper presentation, the Court will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act and § 406(b), if appropriate.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 29, 2013.



_____
THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 2